| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CABN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5045<br>FAX: (408) 535-5066<br>Jeff.nedrow@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 5:01-MJ-00263 | |
| Plaintiff, | ) | NOTICE OF DISMISSAL OF MISDEMEANOR COMPLAINT & ORDER | |
| v. | ) | | |
| CARLOS V. TOVAR, | ) | | |
| Defendant. | ) | | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above misdemeanor complaint against defendant Carlos V. Tovar.

DATED: July 28, 2025                                    Respectfully submitted,

                                                        CRAIG H. MISSAKIAN
                                                        United States Attorney

                                                            /s/
                                                        JEFFREY D. NEDROW
                                                        Assistant U.S. Attorney

NOTICE OF DISMISSAL
No. CR 5:01-mj-00263 _____                                    v. 8/4/2021

1  Leave is granted to the government to dismiss the misdemeanor complaint against defendant
2  Carlos V. Tovar.
3
4
5  Date: July 28, 2025

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
No. CR 5:01-mj-00263 _____                                               v. 8/4/2021